DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*January Term 2014*

**JEWEL GRIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-0947

[July 2, 2014]

Appeal from order denying rule 3.800 motion the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 01-7886CF 10A.

Jewel B. Grier, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. State v. Harris,* 129 So. 3d 1166, 1168 (Fla. 3d DCA 2014).

STEVENSON, GROSS and CONNER, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*